CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 6 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

AMINA AL-HABASHY, )
    Plaintiff )
v. ) Civil Action No. 7:13-cv-00459-GEC
  )
COMMONWEALTH OF VIRGINIA )
DEPARTMENT OF JUVENILE )
JUSTICE, *et al.*, )
    Defendants. )

## NOTICE OF APPEAL

Plaintiff Amina Al-Habashy hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment order of the United States District Court for the Western District of Virginia, Roanoke Division, entered in this action on the 8th day of October 2015.

Respectfully submitted,
AMINA AL-HABASHY

*/s/ Amina Al-Habashy*

Amina Al-Habashy
2923 Embassy Drive
Roanoke, Virginia 24019
(540) 915-0097

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing pleading was filed this 5th day of November 2015 with the Court, which will send electronic notification to counsel of record via its CM/ECF system.

*/s/ Amina Al-Habashy*